UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYALTY NORTH PARTNERS, LTD., a Canadian corporation,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRY WINE & SPIRITS, INC., a California corporation; SHAWN F. KATTOULA, individually; NBK PROPERTIES, LLC, a California limited liability company; and STAN BOYTT & SON, INC., a California corporation, dba BOYETT PETROLEUM,<br><br>Defendants. | Case No.: 3:18-cv-00167-BEN-JMA<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY DISMISSAL**<br><br>[Doc. No. 39] |

Having read and considered the Joint Motion for Voluntary Dismissal of the Entire Action by Plaintiff and Defendants (collectively "Parties"), and good cause appearing,

**IT IS HEREBY ORDERED:**

The Joint Motion for Voluntary Dismissal, without prejudice is hereby **GRANTED**. Each party is to bear its own costs, fees, and expenses.

**IT IS SO ORDERED.**

Dated: August 3, 2020

HON. ROGER T. BENITEZ
United States District Judge